```
DYMOND TAPANGHA HARRIS
801 N 28TH AVE
APT. 74
HATTIESBURG, MS 39401

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

AFFIRM, INC.
ATTN: BANKRUPTCY
650 CALIFORNIA ST
FL 12
SAN FRANCISCO, CA 94108

BANK OF WIGGINS
PO BOX 67
WIGGINS, MS 39577


CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130


CREDIT ONE BANK
ATTN: BANKRUPTCY DEPT
6801 CIMARRON RD
LAS VEGAS, NV 89113


CYNTHIA HARRIS
488 SHADEVILLE RD
WIGGINS, MS 39577


NELNET
PO BOX 82561
LINCOLN, NE 68501


TD AUTO FINANCE
ATTN: BANKRUPTCY
PO BOX 9223
FARMINGTON HILLS, MI 48333
```