# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Dymond Tapangha Harris, Debtor               Case No. 26-50113-KMS

                                                      CHAPTER 7

## CERTIFICATE OF COMPLIANCE OF PROVISION OF
## PAYMENT ADVICES TO CASE TRUSTEE

COMES NOW, Thomas C. Rollins, Jr., Counsel of Record for the above named Debtor and files this her certificate of compliance with the Court that payment advices required by 11 U.S.C. §521(a)(1)(B)(iv) have been provided to the duly appointed and acting Case Trustee, Derek A. Henderson, Esq., 1765-A Lelia Drive, Suite 103, Jackson, MS39216 pursuant to standing order of the United States Bankruptcy Court for the Southern District of Mississippi.

WITNESS my signature on February 9, 2026.

                                /s/ Thomas C. Rollins, Jr.
                                Thomas C. Rollins, Jr. (MSBN 103469)
                                The Rollins Law Firm, PLLC
                                P.O Box 13767
                                Jackson, MS 39236
                                601-500-5533


## CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that I have this day electronically filed with the Court, a true and correct copy of the above and foregoing Certification on February 9, 2026. All interested parties will receive electronic notification from the Court.

                                /s/ Thomas C. Rollins, Jr.
                                Thomas C. Rollins, Jr.