Certificate Number: 17082-MSS-DE-040655100

Bankruptcy Case Number: 26-50113



17082-MSS-DE-040655100

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 24, 2026, at 6:42 o'clock AM MST, DYMOND HARRIS completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   February 24, 2026         By:    /s/Orsolya K Lazar

                                  Name:  Orsolya K Lazar

                                  Title: Executive Director